IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **RASHAD C. LEE,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:25cv531-MHT |
| ) | (WO) |
| **CYNTHIA W. STUART,** ) | |
| **et al.,** ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit asserting that the defendant correctional officials and officers have violated his rights under the First, Eighth, and Fourteenth Amendments.  This case is before the court on the recommendation of the United States Magistrate Judge that plaintiff's request for a preliminary injunction in his complaint be denied as moot.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court will adopt the recommendation.

Accordingly, it is ORDERED that:

(1) The recommendation of the United States Magistrate Judge (Doc. 21) is adopted.

(2) The request for preliminary injunction (Doc. 1 at 14) is denied as moot.

It is further ORDERED that this case is referred back to the magistrate judge for further proceedings.

DONE, this the 25th day of February, 2026.

                        /s/ Myron H. Thompson
                       UNITED STATES DISTRICT JUDGE